# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DEONGELA NELSON**                                                                 **PLAINTIFF**

v.                          Case No. 4:18-cv-00326-KGB

**HOUSING AUTHORITY OF THE CITY OF
LITTLE ROCK, d/b/a METROPOLITAN HOUSING
ALLIANCE,** *et al.*                                                              **DEFENDANTS**

## ORDER

Plaintiff Deongela Nelson has filed a notice of voluntary dismissal to dismiss this action without prejudice (Dkt. No. 9). Per Federal Rule of Civil Procedure 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Since no defendant has filed either an answer or a motion for summary judgment, the Court dismisses this action without prejudice.

It is so ordered, this the 31st day of May, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge